UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JODI McCLAY | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-00705 |
| | ) | JUDGE RICHARDSON |
| HUDSON GROUP RETAIL, LLC | ) | |
| | ) | |

### ORDER SETTING SUPPRESSION HEARING

A pretrial conference that was set in this case for December 31, 2018 at 10:00 a.m. in this case is rescheduled for **January 4, 2019 at 11:00 a.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE